# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MARY-LOUISE SUSIE BUCK

VERSUS

EUGENE PAUL RIVARDE

NO.  2024 CW 0973

**OCTOBER 31, 2024**

---

In Re:    Mary-Louise Susie Buck, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2020-14641.

---

**BEFORE:    McCLENDON, WELCH, AND LANIER, JJ.**

   **WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

                          **PMc**
                          **JEW**
                          **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT